No. 83–1836.   BURTON *v.* BOARD ON PROFESSIONAL RESPONSIBILITY OF THE DISTRICT OF COLUMBIA COURT OF APPEALS.

Ct. App. D. C.   Certiorari denied.